UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO AT CINCINNATI

GAREY E. LINDSAY, Regional Director of the
Ninth Region of the National Labor Relations Board,
For and On Behalf of the NATIONAL LABOR
RELATIONS BOARD

       Applicant

  v.            Civil No. 1:18-mc-00008

ROBERT INGRAM, AN INDIVIDUAL

       Respondent

*Granted. Karen L. Litkovitz 9/7/18*

## MOTION TO WITHDRAW

To the Honorable Magistrate Judge Litkovitz:

The Applicant respectfully requests to withdraw its Application for Order Requiring Respondent's Obedience to Subpoena Ad Testificandum. Respondent appeared before an agent of the National Labor Relations Board on September 5, 2018 and provided the sworn testimony sought by the subpoena. Therefore, a court order is no longer necessary.

Dated: September 9, 2018

            Respectfully Submitted,

            /s/ Erik Brinker

            Erik Brinker
            Attorney for Applicant
            Region 9, National Labor Relations Board
            3003 John Weld Peck Federal Building
            550 Main Street
            Cincinnati, Ohio 45202-3271
            Phone: (513) 684-3633
            Fax: (513) 684-3946
            Email: erikbrinker@nlrb.gov
            Ohio Bar No. 0092227